**Electronically Filed
Supreme Court
SCWC-18-0000301
15-APR-2019
10:16 AM**

SCWC-18-0000301

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

In re Sanctions Against EARLE A. PARTINGTON and
ROBERT PATRICK MCPHERSON, Petitioners,
in
STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,
vs.
MAGGIE KWONG, Respondent/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000301; CASE NO. 1DTA-17-02539)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners Earle A. Partington and Robert Patrick McPherson's application for writ of certiorari filed on March 6, 2019, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, April 15, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

